✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | **(For a Petty Offense)** — Short Form |
| LAMEAR, GEOFFREY C | CM/ECF Case No. 4:26-PO-00192-AGH |

Case No.    GM1    E2536462

USM No.

Katonga Wright
Defendant's Attorney

**THE DEFENDANT:** LAMEAR, GEOFFREY C

☑ **THE DEFENDANT** pleaded guilty to count(s)    1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-72(b) | Failure to Stop at a Stop Sign | 02/22/2026 | 1 |

☐  Count(s) _____    ☐ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

| | **Assessment** | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** $190.00 | $ 10.00 | $ 150.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.:    4333

07/17/2026
Date of Imposition of Judgment

Defendant's Year of Birth: 1997

s/ Amelia G. Helmick
Signature of Judge

City and State of Defendant's Residence:
O FALLON, MO

Amelia G. Helmick
Name and Title of Judge

07/17/2026
Date